

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| VAZ | *271 Cadman Plaza East* |
| F. #2021R00472 | *Brooklyn, New York 11201* |

August 7, 2022

<u>By E-mail and ECF</u>

Michael P. Padden
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Email: michael_padden@fd.org

John S. Wallenstein
John S. Wallenstein Law Office
1100 Franklin Avenue, Suite 100
Garden City, NY 11530
Email: JSWallensteinEsq@outlook.com

    Re: <u>United States v. Victorio Abadia Morales and Kenny Whiteley</u>
      <u>Criminal Docket No. 22-199 (LDH)</u>

Dear Counsel:

  Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery materials have been transmitted by USAfx, a file sharing system. The materials consist of text messages to and from a cellular device used by Kenny Whiteley, Bates numbered VAM000306 to VAM000326.

The government renews its request for reciprocal discovery from the defendants. The production supplements the government's prior productions dated June 9, 2022, and July 12, 2022.  (See ECF Nos. 18, 23.)  If you have any questions or concerns, please do not hesitate to contact me.

                Very truly yours,

                BREON PEACE
                United States Attorney

           By:  /s/ Victor Zapana
                Victor Zapana
                Assistant U.S. Attorneys
                (718) 254-7180

Enclosures (by USAfx)

cc:  Clerk of Court (LDH) (by ECF)